### WALKER ag$^t$ ELLIS

Jsaac Walker plaint. ag$^t$ Edward Ellis Defend$^t$ in an action of the case for that the s$^d$ Ellis did Sell to the s$^d$ Walker a parcell of Land as by deed of Sale doth appeare under the hand and Seale of the s$^d$ Ellis warranting the same, for which land the s$^d$ Ellis received of the s$^d$ Walker Forty pounds in mony, and cannot warrant the Sale thereof, it being given by will after his the Ellis decease unto his Children, being above Forty pounds in mony damage to the plaint. and all other due damages etc. . . . The Jury . . . found for the Defend$^t$ costs of Court.

### EVANS ag$^t$ BOAREMAN

Agnus Evans adm$^x$ of W$^m$ Evans dec$^d$ plaint. against Daniel Boareman Defend$^t$ in an action of Reveiw of a case tried at the County Court held in Boston in January Last wherein the now plaintife was then cast by falacious papers and meere pretences of payment of and towards a debt of One hundred pounds due by bill bearing date X$^{br}$ 20th 1665. under the hand and Seale of s$^d$ Boareman whereby the now plaint. is greatly damnified with all other due damages etc. . . . The Jury . . . found for the plaint. twenty three pound thirteen Shillings six pence (£.5:1:6. cattle and £.18:12:0. in wheate Rye barley and Malt according to bill) debt and twelve pound Eighteen Shillings, halfe cattle the other halfe corn as afores$^d$ damages and costs of Court allow$^d$ £.2:19:2.

Execucion issu'd aug$^o$ 7th 1677.